Ex parte RED KELLY.

No. A-2642.   Opinion Filed Aug. 30, 1920.

(191 Pac. 1118.)

Petition of Kid Kelly for writ of habeas corpus.   Dismissed.

PER CURIAM.   Proceedings dismissed.

---

Ex parte PATRICK McGLAUHLIN.

No. A-3582.   Opinion Filed Aug. 30, 1920.

(191 Pac. 1118.)

Petition by Patrick McGlaughlin for writ of habeas corpus.   Demurrer to- petition sustained, and cause dismissed.

F. W. Jacobs, for petitioner.

PER CURIAM.   Petition for writ of habeas corpus filed July 3, 1919.   Demurrer to the petition sustained, and cause dismissed.